### 10715. GROOVER *v.* TERRELL.

SMITH, J. In this case the motion for a new trial contained only the usual general grounds. There was evidence to authorize the verdict; and the verdict having been approved by the trial judge, we are, under the repeated rulings of the Supreme Court and of this court, powerless to interfere.

> *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
> DECIDED NOVEMBER 6, 1919.

Action for damages; from city court of Hinesville—Judge W. C. Hodges. June 5, 1919.

*Ben. A. Way,* for plaintiff in error.

*O. C. Darsey,* contra.